IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

v.

TRENTON SCHAEFER, GREG SHONDRELL, CRIAG VANDERMOLEN, MARK TWOMBLY, MR. TUESCHER, GERALD HUNDTS, DANE COUNTY JAIL ADMINISTRATOR, PAUL LOGAN and DANE COUNTY PUBLIC SAFETY COMMUNICATION CENTER ADMINISTRATOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-666-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                                      1/7/2016

Peter Oppeneer, Clerk of Court                        Date